February 28, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME LOAN TRUST 2006-2, Appellant

NO. 14-09-00617-CV                 V.

STOCKDICK LAND COMPANY, Appellee

_____

This court today heard a motion for rehearing filed by appellee, STOCKDICK LAND COMPANY. We order that the motion be granted and that this court's former judgment of February 3, 2011 be vacated, set aside, and annulled. We further order this court's opinion of February, 3, 2011 withdrawn.

This cause, an appeal from the judgment in favor of appellee, STOCKDICK LAND COMPANY, signed April 20, 2009, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME LOAN TRUST 2006-2, to pay all costs incurred in this appeal. We further order this decision certified below for observance.